STATE OF NEW JERSEY v. REGINALD LAUREL.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLOTTE JACKSON.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DOMINIC DELUCA.

January 31, 1978. Petition for certification denied.

DAVID PAYNE v. BOARD OF EDUCATION OF THE BORO. OF VERONA, ESSEX COUNTY.

January 31, 1978. Petition for certification denied.

RICHARD MARGOLIS v. IRVING A. GERMAIN.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. COSMO LEONE.

January 31, 1978. Petition for certification denied.